IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KOENECKE FORD INC.,

    Plaintiff,

v.

                                                    Case No. 1:24-cv-892-wmc

WHOLESALE TRANSPORTATION LLC,

and

ETERNAL BLUE SKY CORP.

    Defendant.

---

### ORDER FOR DISMISSAL

---

Upon the Stipulation of the parties and all the files and proceedings had herein,

IT IS HEREBY ORDERED, as follows:

1. Any and all claims that the parties asserted or could have asserted against each other in the above-captioned action shall be dismissed with prejudice.

2. Each party is to pay its own attorney's fees and costs.

Dated this 28th day of July, 2025.

BY THE COURT:

_____
The Honorable William M. Conley
United States District Judge